UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

SCOTT & DEBORAH VANLERBERGHE                Case #: DM15-90122
                                            Chapter 13
    Debtor.                                 Honorable Scott W. Dales
_____//                      Filed: April 7, 2015

## ORDER DENYING CONFIRMATION

PRESENT:    HONORABLE SCOTT W. DALES
            BANKRUPTCY JUDGE

THIS MATTER having come to be heard upon confirmation of the Debtor's Chapter 13 Plan; and a hearing having been held on December 1, 2016; and the Trustee having appeared; and the Trustee having made a Motion to Deny Confirmation; and the Court being otherwise duly advised in premises;

IT IS THEREFORE ORDERED THAT:

1. Confirmation of the Debtors' Chapter 13 Plan is denied for the reasons that it fails to meet the confirmation standards of 11 U.S.C. § 1325 as set forth on the record.

2. That service of a copy of this Order shall be made upon the Debtors, Debtor's Counsel, and the Trustee, in accordance with the provisions of Rule 2002 and such service shall constitute the notice required under Rule 1017.

This Document Drafted By:
Barbara P. Foley
425 West Michigan Avenue
Kalamazoo, MI 49007
269.343.0305

### END OF ORDER

**IT IS SO ORDERED.**

Dated December 3, 2015



_____
Scott W. Dales
United States Bankruptcy Judge